IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2025 JUN 26 P 12: 44

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. ___25-cr-62-wmc___ |
| DEJAUN F. ANGELO, | 21 U.S.C. § 841(a)(1) |
| | 18 U.S.C. § 924(c) |
| | 21 U.S.C. § 856(a)(1) |
| Defendant. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 6, 2025, in the Western District of Wisconsin, the defendant,

DEJAUN F. ANGELO,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 2

On or about June 6, 2025, in the Western District of Wisconsin, the defendant

DEJAUN F. ANGELO,

knowingly and unlawfully possessed a Keltec PMR 30 firearm, a loaded PSA JAKL firearm, a loaded Beretta 2022 Tomcat firearm, a Ruger MK IV firearm, and a loaded Rock Island Armory 45 caliber firearm in furtherance of a drug trafficking crime, specifically, possession with intent to distribute a mixture or substances containing a detectable amount of marijuana, as alleged in Count 1 of this indictment.

(In violation of Title 18, United States Code, Section 924(c)).

COUNT 3

On or about June 6, 2025, in the Western District of Wisconsin, the defendant,

DEJAUN ANGELO,

knowingly used and maintained a place, specifically, 937 Williamson Street, Apartment 2, Madison, Wisconsin, for the purpose of distributing a controlled substance, specifically, marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1)).

FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count 2 of this indictment, the defendant,

DEJAUN F. ANGELO,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Keltec PMR 30 firearm, a PSA JAKL firearm, a Beretta 2022 Tomcat firearm, a Ruger MK IV firearm, a Rock Island Armory 45 caliber firearm, and any ammunition stored within those firearms.

A TRUE BILL

_____
PRESIDING JUROR
Indictment returned: _06-26-2025_

_____
TIMOTHY M. O'SHEA
United States Attorney

2